JEANE HAMILTON (CSBN 157834)
MICHAEL A. RABKIN (ILRN 6293597)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jeane.hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ROBERT KRAMER, ) <br>           Defendant. ) | No. CR 11-423 PJH <br><br> **STATUS REPORT** |
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> BRIAN MCKINZIE, ) <br>           Defendant. ) | No. CR 11-424 PJH |
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DAVID MARGEN, ) <br>           Defendant. ) | No. CR 11-425 PJH |
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> THOMAS FRANCIOSE, ) <br>           Defendant. ) | No. CR 11-426 PJH |

[CAPTION CONTINUES ON NEXT PAGE]

STATUS REPORT – 1
No. CR 11-423 PJH and Related Cases

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | No. CR 11-427 PJH |
| ) | |
| JAIME WONG,           ) | |
|         Defendant.    ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | No. CR 11-428 PJH |
| ) | |
| JORGE WONG,           ) | |
|         Defendant.    ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | No. CR 11-429 PJH |
| ) | |
| THOMAS LEGAULT,       ) | |
|         Defendant.    ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | No. CR 11-431 PJH |
| ) | |
| DOUGLAS MOORE,        ) | |
|         Defendant.    ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | No. CR 11-432 PJH |
| ) | |
| GRANT ALVERNAZ,       ) | |
|         Defendant.    ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | No. CR 11-722 PJH |
| ) | |
| TIMOTHY POWERS,       ) | |
|         Defendant.    ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | No. CR 11-723 PJH |
| ) | |
| ERIC LARSEN,          ) | |
|         Defendant.    ) | |

[CAPTION CONTINUES ON NEXT PAGE]

STATUS REPORT – 2
No. CR 11-423 PJH and Related Cases

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ) | |
| 2 | ) | |
| 3 | v. ) | No. CR 12-082 PJH |
| 4 | ) HILTON WONG, ) | |
|  | Defendant. ) | |
| 5 | UNITED STATES OF AMERICA ) | |
| 6 | ) v. ) | No. CR 12-083 PJH |
| 7 | ) DOMINIC LEUNG, ) | |
| 8 | Defendant. ) | |
|  | UNITED STATES OF AMERICA ) | |
| 9 | ) | |
| 10 | v. ) ) | No. CR 12-084 PJH |
| 11 | BARRY HEISNER, ) | |
|  | Defendant. ) | |
| 12 | UNITED STATES OF AMERICA ) | |
| 13 | ) v. ) | No. CR 12-447 PJH |
| 14 | ) KEITH SLIPPER, ) | |
| 15 | Defendant. ) | |
|  | UNITED STATES OF AMERICA ) | |
| 16 | ) | |
| 17 | v. ) | No. CR 12-448 PJH |
|  | ) | |
| 18 | DOUGLAS DITMER, ) | |
| 19 | Defendant. ) | |
|  | UNITED STATES OF AMERICA ) | |
| 20 | ) | |
| 21 | v. ) ) | No. CR 12-611 |
| 22 | DANLI LIU, ) | |
|  | Defendant. ) | |
| 23 | UNITED STATES OF AMERICA ) | |
| 24 | ) v. ) | No. CR 13-143 PJH |
| 25 | ) | |
|  | MICHAEL RENQUIST, ) | |
| 26 | Defendant. ) | |
| 27 | | |
| 28 | [CAPTION CONTINUES ON NEXT PAGE] | |

STATUS REPORT – 3
No. CR 11-423 PJH and Related Cases

| | | |
|---|---|---|
| 1 | | |
| 2 | UNITED STATES OF AMERICA )  )| |
| 3 | v. ) | No. CR 13-144 PJH |
| 4 | ) PETER MCDONOUGH, ) | |
| 5 | _____Defendant._____ ) UNITED STATES OF AMERICA ) | |
| 6 | ) | |
| 7 | v. ) | No. CR 13-412 PJH |
| 8 | ) STAN KAHAN, ) | |
| 9 | _____Defendant._____ ) UNITED STATES OF AMERICA ) | |
| 10 | ) v. ) | No. CR 13-413 PJH |
| 11 | ) WESLEY BARTA, ) | |
| 12 | _____Defendant._____ ) | |
| 13 | UNITED STATES OF AMERICA ) ) | |
| 14 | v. ) | No. CR 13-414 PJH |
| 15 | ) IRMA GALVEZ, ) | |
| 16 | _____Defendant._____ ) UNITED STATES OF AMERICA ) | |
| 17 | ) v. ) | No. CR 13-415 PJH |
| 18 | ) | |
| 19 | JOSEPH VESCE, ) _____Defendant._____ ) | |
| 20 | UNITED STATES OF AMERICA ) ) | |
| 21 | v. ) | No. CR 13-730 PJH |
| 22 | ) CHUOKEE BO, ) | |
| 23 | _____Defendant._____ ) UNITED STATES OF AMERICA ) | |
| 24 | ) | |
| 25 | v. ) | No. CR 14-001 PJH |
| 26 | ) THOMAS BISHOP, ) | |
| 27 | _____Defendant._____ ) | |
| 28 | [CAPTION CONTINUES ON NEXT PAGE] | |

STATUS REPORT – 4
No. CR 11-423 PJH and Related Cases

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ) | |
| 2 | ) v. ) | No. CR 14-002 PJH |
| 3 | ) RUDOLPH SILVA, ) | |
| 4 | Defendant. ) UNITED STATES OF AMERICA ) | |
| 5 | ) v. ) | No. CR 14-003 PJH |
| 6 | ) | |
| 7 | LESLIE GEE, ) Defendant. ) | |
| 8 | UNITED STATES OF AMERICA ) ) | |
| 9 | v. ) ) | No. CR 14-099 PJH |
| 10 | ) CHARLES GONZALES, ) | |
| 11 | Defendant. ) UNITED STATES OF AMERICA ) | |
| 12 | ) | |
| 13 | v. ) ) | No. CR 14-512 PJH |
| 14 | GERNOT SEBASTIAN ZEPERNICK, a/k/a ) SEBASTIAN ZEPERNICK, a/k/a HENRY ) | |
| 15 | ZEPERNICK, ) | |
| 16 | Defendant. ) UNITED STATES OF AMERICA ) | |
| 17 | ) v. ) | No. CR 14-593 PJH |
| 18 | ) | |
| 19 | CHUNG LI CHENG, a/k/a GEORGE CHENG, ) Defendant. ) | |
| 20 | UNITED STATES OF AMERICA ) ) | |
| 21 | v. ) | No. CR 14-594 PJH |
| 22 | ) ) | |
| 23 | SU CHU CHOU CHENG, a/k/a TERRY ) CHENG, ) | |
| 24 | Defendant. ) UNITED STATES OF AMERICA ) | |
| 25 | ) v. ) | No. CR 14-604 PJH |
| 26 | ) GARRY WAN, ) | |
| 27 | Defendant. ) | |
| 28 | [CAPTION CONTINUES ON NEXT PAGE] | |

STATUS REPORT – 5
No. CR 11-423 PJH and Related Cases

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. CR 14-607 PJH |
| | ) | |
| CHARLES ROCK, | ) | |
|         Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. CR 15-228 PJH |
| | ) | |
| MARK ROEMER, | ) | |
|         Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. CR 15-229 PJH |
| | ) | |
| BRADLEY ROEMER, | ) | |
|         Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. CR 14-581 PJH |
| | ) | |
| MIGUEL DE SANZ and | ) | |
| JOHN SHIELLS, | ) | |
|         Defendants. | ) | |

On September 21, 2016, the Court held a status conference for the 37 above-captioned defendants, each of whom had pleaded guilty to both bid-rigging and fraud charges in related cases.[1] The purpose of the status conference was to discuss how the parties would dispose of those defendants' fraud charges in light of the dismissal of fraud charges in three other related cases — *United States v. Galloway et al.*, No. CR 14-607 PJH, *United States v. Florida et al.*, No. CR 14-582 PJH, and *United States v. Marr et al.*, No. CR 14-580 PJH.  The government proposed a process for each defendant:

    (1) the parties stipulate to withdraw both the defendant's guilty plea to the fraud
          charge(s) and the existing plea agreement;

---

[1] A total of 38 defendants were initially called for the status conference, but the Court excused one — Wayne Lippman, the defendant in case No. CR 15-245 PJH — because he had not been charged with, or pleaded guilty to, any fraud charges.

STATUS REPORT – 6
No. CR 11-423 PJH and Related Cases

(2) the parties lodge a new plea agreement omitting any references to the fraud charge(s);

(3) the Court holds a Rule 11 hearing; and

(4) the government moves for dismissal of the fraud count(s).

The Court ordered the government to report by September 30 on the status of its negotiations with the 37 defendants who had pleaded guilty to fraud charges. As stated at the status conference, the government has identified nine pleading defendants who are currently expected to testify at trial in *United States v. Florida et al.*, No. CR 14-582 PJH, which is scheduled to begin on October 31, 2016. Those defendants (and their respective case numbers) are:

- Miguel DeSanz (No. CR 14-00581 PJH);
- Douglas Ditmer (No. CR 12-00448 PJH);
- Thomas Franciose (No. CR 11-00426 PJH);
- Danli Liu (No. CR 12-00611 PJH);
- Brian McKinzie (No. CR 11-00424 PJH);
- Michael Renquist (No. CR 13-00143 PJH);
- Bradley Roemer (No. CR 15-00229 PJH);
- John Shiells (No. CR 14-00581 PJH); and
- Jorge Wong (No. CR 11-00428 PJH).

These nine defendants should be the first to appear before this Court for a Rule 11 hearing. With that objective in mind, the government has discussed a proposed stipulation and revised plea agreement with counsel for each of those nine defendants. The government hopes to request the first Rule 11 hearings for a subset of these defendants as soon as the end of the week of October 3, 2016.

DATED: September 30, 2016            /s/ Jeane Hamilton
                                     JEANE HAMILTON
                                     MICHAEL A. RABKIN
                                     U.S. Department of Justice
                                     Antitrust Division

STATUS REPORT – 7
No. CR 11-423 PJH and Related Cases